**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-08624-RM3-11 |
| **WERTHAN PACKAGING, INC.,** | ) | |
| | ) | |
| Debtor. | ) | |

## AGREED ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EXPEDITED MOTION TO EXTEND DEADLINES AND TIMETABLE AND CONTINUE HEARING

This matter is before the Court on the Expedited Motion of the Official Committee of Unsecured Creditors (the "Committee") (the "Expedited Motion to Extend") (Docket No. 65) to extend deadlines and timetable, and continue a hearing, to dates and times more particularly set forth hereinbelow. An expedited hearing on the Expedited Motion to Extend was held at 1:30 P.M. on December 19, 2016. At the hearing, the following appearances were made: Paul G. Jennings, Esquire, on behalf of Werthan Packaging, Inc. the Debtor-in-Possession (the "Debtor") and Thomas H. Forrester, Esquire, on behalf of the Committee.

IT APPEARING that the Expedited Motion to Extend is well-taken and that good and sufficient grounds therefor are shown;

AND IT, FURTHER, APPEARING that sufficient notice was given under the circumstances, and that no further notice hereof or hearing hereon is necessary;

AND IT, FURTHER, APPEARING that counsel for the Debtor and the Committee have conferred on the proposed extensions and that the parties have agreed to a timetable and hearing date as described herein.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1.     The Expedited Motion to Extend is hereby granted in all respects.

2.     The following dates, deadlines, timetable and hearing, presently set forth in the Sale Order and the Virtual Sale Procedure Order (Docket Nos. 33 and 34), are hereby extended and continued:

A.     For competing bids – From December 21, 2016 at 4:00 P.M., through and including December 29, 2016 at 4:00 P.M.

B.     For Objections to the Sale Motion (Docket No. 7) – From December 22, 2016 at 5:00 P.M., through and including January 3, 2017 at 5:00 P.M.

C.     For the Auction Sale – From December 27, 2016 at 10:00 A.M. until January 4, 2017 at 10:00 A.M.

D.     For Objections to events at the Auction Sale – From December 28, 2016 at 10:00 A.M., through and including January 5, 2017 at 10:00 A.M.

E.     The hearing on the Sale Motion is hereby continued to January 5, 2017, at 1:30 P.M., Courtroom One, Customs House, 701 Broadway, Nashville, TN 37203.

F.     Not later than 5:00 P.M. on December 30, 2016, counsel for the Debtor shall notify Qualified Bidders (as that term is defined in the Sale Motion) that their bids have been identified as Qualified Bids (as that term is defined in the Sale Motion).

3.     All other provisions of the Sale Order and the Virtual Sale Order (Docket Nos. 33 and 34) shall remain in effect, and the Revised Bid Procedures presented at the December 19, 2016 hearing on the Expedited Motion to Extend are hereby approved.

4.     No later than December 21, 2016, the Debtor shall: (i) post the Revised Bid Procedures on the www.werthan.com website (where other Sale documents are already posted);

672051.2/2010232

(ii) send the Revised Bid Procedures to bidders who have expressed an interest in submitting a bid; and (iii) serve, by United States first class mail, postage prepaid, the Revised Bid Procedures on the notice parties listed in the Debtor's Sale Motion (Docket No. 7).

<div style="border: 2px solid black; padding: 10px; text-align: center;">

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

</div>

APPROVED FOR ENTRY:


/s/ Thomas H. Forrester
Thomas H. Forrester/Linda W. Knight
Gullett, Sanford, Robinson & Martin, PLLC
*Counsel for Official Committee of Unsecured Creditors*
Suite 1700
150 Third Avenue South
Nashville, TN 37201
(615) 244-4994
Fax 615-256-6339
tforrester@gsrm.com; lknight@gsrm.com; lcatabay@gsrm.com



/s/ Paul G. Jennings
Paul G. Jennings/Gene L. Humphreys
Bass Berry & Sims, PLC
*Counsel for Werthan Packaging, Inc., Debtor-in-Possession*
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6200
pjennings@bassberry.com; ghumphreys@bassberry.com